IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY MICHAEL CRAMMER,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 25-715** |
| : | |
| **ANIMAL RESCUE LEAGUE,** *et al.* : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 26th day of March, 2025, upon consideration of Plaintiff Gary Michael Crammer's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**